

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-16-00325-CV

Style:  Donald Young and Doris Young

 **v.** Dwayne R. Day, P.C. and Dwayne R. Day

Date motion filed*:  August 26, 2016

Type of motion:  Opposed Motion to Strike Supplemental Clerk's Record or, in the Alternative, to Strike All

 Pleadings in the Supplemental Clerk's Record Which Are Not Required Pursuant to

 TRAP 34.5(a) as Untimely

Party filing motion:  Appellants

Document to be filed:

If motion to extend time:

 Original due date:

 Number of previous extensions granted:  Current Due date:

 Date Requested:

Ordered that motion is:

☐ Granted

 If document is to be filed, document due:

☐ The Court will not grant additional motions to extend time absent extraordinary circumstances.

☒ **Denied**

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

 *See* TEX. R. APP. P. 34.5(c)(1) (providing for supplementation of clerk's record); *Roventini v. Ocular Servs., Inc.*,
 111 S.W.3d 719, 725–26 (Tex. App.—Houston [1st Dist.] 2003, no pet.) (citing TEX. R. APP. P. 34.5(c)(1), (3).

Judge's signature:  /s/ Russell Lloyd
 ☒ Acting individually ☐ Acting for the Court

Panel consists of  _____

Date:  September 8, 2016